Memorandum: Inasmuch as no appeal lies as of right "from an ex parte order, including an order entered sua sponte" (*Sholes v Meagher*, 100 NY2d 333, 335 [2003]; *see Bajrovic v Jeff Anders Trucking*, 52 AD3d 553 [2008]), and permission to appeal has not been granted (*see* CPLR 5701 [c]), the appeal must be dismissed (*see Mohler v Nardone*, 53 AD3d 600 [2008]). Present—Scudder, P.J., Fahey, Carni, Green and Gorski, JJ.

■ FS KIDS, LLC, Doing Business as BUDWEY'S FOOD MARKET, et al., on Behalf of Themselves and All Others Similarly Situated as Former Employee Members/Participants in the Wholesale and Retail Workers' Compensation Trust of New York, Respondents-Appellants, v COMPENSATION RISK MANAGERS, LLC, Appellant-Respondent. (Appeal No. 1.) [919 NYS2d 411]—

Present—Scudder, P.J., Fahey, Carni, Green and Gorski, JJ.

■ FS KIDS, LLC, Doing Business as BUDWEY'S FOOD MARKET, et al., on Behalf of Themselves and All Others Similarly Situated as Former Employee Members/Participants in the Wholesale and Retail Workers' Compensation Trust of New York, Respondents, v COMPENSATION RISK MANAGERS, LLC, Appellant. (Appeal No. 2.) [919 NYS2d 412]—

Present—Scudder, P.J., Fahey, Carni, Green and Gorski, JJ.

■ In the Matter of EDDIE M. ROBINSON, Petitioner, v BRIAN FISCHER, Commissioner, New York State Department of Correctional Services et al., Respondents. [919 NYS2d 633]—